AO 455 (Rev. 5/85)   Waiver of Indictment

**FILED**

MAY 23 2008

CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| OSCAR AVALOS-SANCHEZ | CASE NUMBER: CR08-00343JW |

I, OSCAR AVALOS-SANCHEZ, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  5/23/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Oscar Avalos_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer