UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*EFILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 9, 2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-0343 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** Lupita Arce (Spanish) |

## TITLE

U.S.A. v. Oscar Avalos-Sanchez ( C)

**Attorney(s) for Plaintiff(s):** Chad Mandell
**Attorney(s) for Defendant(s):** Manuel Araujo

## PROCEEDINGS

1. Disposition Hearing
2. Judgment and Sentencing

## ORDER AFTER HEARING

Hearing Held. Defendant Avalos-Sanchez present and in custody for proceedings. The Defendant was aided by a Spanish language interpreter for proceedings. The defendant entered a guilty plea as to Count One of the Information. A plea agreement was executed in open Court. The Defendant waived referral to the Probation Office for preparation of a presentence investigation report. The Court proceeded with immediate sentencing. The Defendant was sentenced as to Count One of the Information. The Defendant was committed to 6 months BOP custody, 3 years supervised release, $100 special assessment. The Defendant was remanded to the custody of the United States Marshal Service.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **C.Escolano/E-filed**
CC: